Ronda N. Baldwin-Kennedy, Esq., SBN: 302813
**Law Office of Ronda Baldwin-Kennedy**
5627 Kanan Rd, Suite 614
Agoura Hills, CA 91301-3358
Telephone: 951-268-8977 / Fax: 702-974-0147

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| Mrs. Olson's Coffee Hut, a proprietorship DBA William Olson and Matt Olson and Matt Olson , The Original Pizza Cookery and Jordan Daniel Klemper.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA and ROBERT LEVIN, M.D., in his capacity as Health Officer for Ventura County<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL BY UNITED STATES OF AMERICA [28 u.s.c. § 1442(a) (1)]** |

To: The Clerk, Superior Court of California County of Ventura Central

800 Victoria Ave., Ventura, CA, California 93006

DEFENDANT'S NAME **NOTICE OF REMOVAL BY UNITED STATES OF AMERICA 28 U.S.C. § 1442(A) (1)** - 1

To: Jaclyn Smith

Assistant County Counsel, County of Ventura

800 South Victoria Ave, L/C #1830

Ventura, CA 93003(805) 654-2773

PLEASE TAKE NOTICE that the Plaintiffs Mrs. Olson's Coffee Hut, a proprietorship DBA William Olson and Matt Olson removes Case No. 56. 2021-00549555-CU-MC-VTA , The Original Pizza Cookery and Jordan Daniel Klemper hereby removes Case No. 56-2021-00549347-CU-MC-VTA, pending in the Superior Court of California for the County of Ventura , to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1442(a)(1). The grounds for removal are as follows:

The case also involves a question of federal constitutional law, such that original jurisdiction lies in this Court under U.S. Constitution, Amend. V, XIV. 42 U.S.C. § 1983, § 1988 and 28 U.S.C. §1331(a).\. This Notice of Removal is timely filed because the Plaintiffs cases were never heard in the State court action. See Murphy Bros., Inc., v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-48 (1999).

A copy of this Notice will be filed promptly with the Clerk of the Ventura County Superior Court. That filing will automatically effect the removal of the subject action to this Court, in its entirety, for future proceedings pursuant to 28 U.S.C. § 1446(d). See Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co., 644 F.2d 1310, 1315 (9th Cir. 1981) ("Since the federal officer is the only one entitled to remove under§ 1442, he alone can remove without other defendants joining in the petition, and the entire case is removed to the federal court.").

DEFENDANT'S NAME **NOTICE OF REMOVAL BY UNITED STATES OF AMERICA 28 U.S.C. § 1442(A)(1)** - 2

Respectfully submit,

Date: 01/23/2021

/S/ Ronda Baldwin Kennedy
_____
Ronda Baldwin Kennedy
Attorney for Plaintiffs

DEFENDANT'S NAME **NOTICE OF REMOVAL BY UNITED STATES OF AMERICA 28 U.S.C. § 1442(A)(1)** - 3