## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mrs. Olson Coffee Hut | CASE NUMBER |
| | 2:21-cv-00654 JAK(Ex) |
| v.                    PLAINTIFF(S) | |
| County of Ventura et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

TRANSFER ORDER
DECLINED

_____          _____
Date                                    United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Different parties; no duplication of effort if heard by a different Judge.

_____

_____

_____

January 26, 2021                    John F. Walter
_____          _____
Date                                    United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:21-cv-00339 JFW(MRWx)  and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

TRANSFER ORDER
DECLINED

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*